**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **RICHARD WAGNER,** | : | |
| | : | |
| **Plaintiff,** | : | **Case Nos. 2:25-cv-01002** |
| | : | |
| **v.** | : | **Chief Judge Algenon L. Marbley** |
| | : | |
| **PETROHIO, LLC,** *et al.*, | : | **Magistrate Judge Chelsey Vascura** |
| | : | |
| **Defendants.** | : | |

## ORDER

On January 21, 2026, the parties filed a stipulated dismissal with prejudice. (ECF No. 10). As such, this matter is now terminated by settlement and shall be considered, pursuant to Fed. R. Civ. P. 41, dismissed with prejudice as to all claims. The Court will retain continuing jurisdiction over the settlement agreement. The Court hereby directs the U.S. District Court Clerk to serve upon all parties' notice of this judgment and its date of Order upon the journal.

**IT IS SO ORDERED.**

_____
**ALGENON L. MARBLEY**
**UNITED STATES DISTRICT JUDGE**

**DATED: March 18, 2026**